IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALIYYUDDIN S. ABDULLAH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE SMALL BUSINESS BANKING | : | NO.  14-5931 |
| DEPARTMENT OF THE BANK OF | : | |
| AMERICA | : | |
| THE SMALL BUSINESS BANKING | : | |
| DEPARTMENT OF WELLS FARGO | : | |
| BANK | : | |

## ORDER

AND NOW, this 31st day of October, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.